UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:14-cr-350 CEJ |
| | ) |
| JOHN J YORK, | ) |
| | ) |
|     Defendant. | ) |

**FIRST MOTION TO CONTINUE SENTENCING**

    COMES NOW Defendant, John York, by and through counsel, and hereby moves this Court to continue the sentencing presently scheduled for March 4, 2015 for a period of thirty (30) days. In support of this motion, Defendant states as follows:

    1.    Defendant's sentencing is presently scheduled for March 4, 2015.

    2.    Defendant and counsel continue to work with the United States Probation Office in an effort to (1) provide it with the materials required to complete an accurate PSR and (2) ensure all possible PSR objections are resolved prior to sentencing.

    3.    Counsel, however, is scheduled to begin trial on March 2, 2015 before the Honorable Rodney W. Sippel[1] in a factually complicated eight-count economic offense, preparation for which has impeded counsel's ability to communicate and meet with Defendant and the United States Probation Office regarding Defendant's PSR.

    4.    In addition, should counsel proceed to trial on March 2, 2015, the trial will overlap with Defendant's sentencing and preclude counsel from timely preparing and filing a

---

[1] See United States v. Sheila Aubuchon, 4:13-cr-520 RWS.

1

sentencing memorandum on Defendant's behalf.

5. For these reasons, Defendant files the instant motion.

6. Defendant, through counsel, has discussed these matters with Assistant United States Attorney James Crowe, Jr.  Mr. Crowe does not object to Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court continue the sentencing presently scheduled  for March 4, 2015 for a period of thirty (30) days.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /S/ Adam D. Fein
ADAM D. FEIN, #52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-8050/Facsimile (314)862-8050

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2015, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. James Crowe, Jr., Assistant United States Attorney.

2